IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK BURGESS                                                                                          PLAINTIFF

V.                              CASE NO. 3:15-cv-00017-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*                              DEFENDANT
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is considered, ordered, and adjudged that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 21st day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE